IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LENA LASHER,<br><br>    Plaintiff,<br><br>vs.<br><br>NEBRASKA STATE BOARD OF PHARMACY (NE BOP), State of Nebraska, Lincoln, Nebraska 68508; and THOMAS L. WILLIAMS, MD, Chief Medical Officer Director, Division of Public Health State of Nebraska Department of Health and Human Services Lincoln, Nebraska 68508;<br><br>    Defendants. | **4:17CV3125**<br><br>**MEMORANDUM AND ORDER** |

  This matter comes before the court on Plaintiff's Motion to Reconsider (Filing No. 13) regarding the court's Memorandum and Order dated October 18, 2017, which denied Plaintiff leave to proceed in forma pauperis ("IFP") (Filing No. 6).[1] Plaintiff's Motion appears to be nearly identical to the letter Plaintiff filed with the court on October 30, 2017. (Filing No. 11.) Based on the information in Plaintiff's letter, the court vacated its previous orders denying Plaintiff IFP status and granted Plaintiff leave to proceed IFP in an order filed on October 31, 2017. (Filing No. 12.) Plaintiff mailed her Motion to Reconsider prior to the court's order granting her IFP motion, and the timing of her motion is clearly attributable to a delay in the mail system. Accordingly, the court will deny Plaintiff's Motion to Reconsider as moot. Out of an abundance of caution, the court will grant Plaintiff an additional 30 days from the date of this order to pay the required initial partial filing fee. (*See* Filing No. 12.)

---

  [1] Plaintiff's Motion to Reconsider is directed at Filing Number 6 and not Filing Number 12 as identified in the docket text for Filing Number 13. The court will direct the clerk's office to amend the docket text for Filing Number 13 accordingly.

IT IS THEREFORE ORDERED:

1. Plaintiff's Motion to Reconsider ([Filing No. 13](#)) is denied as moot. The clerk's office is directed to send a copy of the court's October 31, 2017 Memorandum and Order ([Filing No. 12](#)) to Plaintiff along with a copy of this order.

2. Plaintiff shall have until December 18, 2017, to pay the initial partial filing fee. The clerk's office is directed to set a pro se case management deadline in this case using the following text: December 18, 2017: initial partial filing fee payment due.

3. The clerk's office is further directed to amend the docket text for Filing Number 13 to state: MOTION to Reconsider regarding Memorandum and Order 6 filed by Plaintiff Lena Lasher.

Dated this 16th day of November, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge